Form SJODM

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:  Dirk Hughes–Hartogs<br>  aka  Dirk Hartogs<br>        Debtor(s) | Case No.: 12–56806 SLJ 13<br>Chapter:  13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

   **Notice is given** the debtor(s) having failed to comply with this court's order filed on September 18, 2012 , this case is DISMISSED.

   If the debtor(s) failed to comply with 11 U.S.C. §521(a)(1) and no extension of time was obtained under 11 U.S.C. §521(i)(3), this Order of Dismissal is effective the 46th day after the filing of the petition.

   It is so Ordered.


Dated: 10/2/12                                      By the Court:


                                                    Stephen L. Johnson
                                                    United States Bankruptcy Judge