```
                          United States Bankruptcy Court
                          Northern District of California
In re:                                                           Case No. 12-56806-SLJ
Dirk Hughes-Hartogs                                              Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0971-5           User: kdu              Page 1 of 2              Date Rcvd: Oct 26, 2012
                               Form ID: pdfeo         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2012.
db            +Dirk Hughes-Hartogs,    PO Box 40,    Morgan Hill, CA 95038-0040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2012**                          **Signature:**    _Joseph Speetjens_

```
District/off: 0971-5           User: kdu                   Page 2 of 2                   Date Rcvd: Oct 26, 2012
                               Form ID: pdfeo              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2012 at the address(es) listed below:
        Devin Derham-Burk    ctdocs@ch13sj.com
        Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
        TOTAL: 2



DEVIN DERHAM-BURK
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone:  (408) 354-4413
Facsimile:   (408) 354-5513

Trustee for Debtor

The following constitutes
the order of the court. Signed October 22, 2012

Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                       )       Chapter 13
                                             )
DIRK HUGHES-HARTOGS                          )       Case No. 12-56806 SLJ
                                             )
                                             )
_____Debtor_____)

### FINAL DECREE

The estate of the above named Debtor has been fully administered.

IT IS ORDERED THAT:

DEVIN DERHAM-BURK is discharged as Trustee of the estate of the above named Debtor and the bond is canceled.

* * *  END OF ORDER  * * *